

# Fourth Court of Appeals
## San Antonio, Texas

September 28, 2016

No. 04-16-00380-CR

Richard Prieto,
Appellant-s

v.

The State of Texas,
Appellee-s

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR9942
Honorable Lorina I. Rummel, Judge Presiding

## O R D E R

On September 19, 2016, the court reporter filed a Notification of Late Record stating, in part, that appellant is not entitled to appeal without paying the fee, and the appellant has failed to pay the fee or make arrangements to pay the fee for preparing such record. Thereafter, we ordered appellant to file proof that payment had been made to the court reporter for preparation of the reporter's record. On September 25, 2016, the court reporter filed a second Notification of Late Record stating that appellant had paid the fee for preparing the reporter's record and requesting an additional 30 days in which to prepare and file the reporter's record. Accordingly, it is ORDERED that the reporter's record must be filed in this Court **no later than October 25, 2016.**

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of September, 2016.

_____
Keith E. Hottle
Clerk of Court